1  Kelly H. Dove, Esq.
   Nevada Bar No. 10569
2  Tanya N. Lewis, Esq.
   Nevada Bar No. 8855
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   kdove@swlaw.com
6  tlewis@swlaw.com

7  *Attorneys for Defendant Wells Fargo Bank, N.A.,
   dba Wells Fargo Education Financial Services*
8

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DELORES J. SUTTON,<br><br>    Plaintiff,<br><br>vs.<br><br>PLUSFOUR, INC; REGIONS BANK D/B/A REGIONS MORTGAGE; WELLS FARGO EDUCATION FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>    Defendants. | Case No. 2:17-cv-02926-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

It is hereby stipulated by and between Plaintiff Delores J. Sutton ("Plaintiff"), through her attorneys, Haines & Krieger, and Defendant Wells Fargo Bank, N.A., dba Wells Fargo Education Financial Services ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiff filed her Complaint on November 21, 2017 [Docket No. 1]. In the interest of conserving client and judicial resources, Wells Fargo requests, and Plaintiff agrees, that Wells Fargo shall have until **January 31, 2018**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is intended so that the parties may discuss settlement.

Dated December 15, 2017

| HAINES & KRIEGER, LLC | Snell & Wilmer L.L.P. |
|---|---|
| By: */s/ Rachel B. Saturn*<br>David H. Krieger, Esq.<br>Rachel B. Saturn<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Delores J. Sutton* | By: */s/ Tanya N. Lewis*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A. (dba Wells Fargo*<br>*Educational Financial Services)* |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before January 31, 2018.**

**IT IS SO ORDERED.**

IT IS SO ORDERED.

DATED: December 18, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

# **CERTIFICATE OF SERVICE**

On December 15, 2017, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

4832-6198-5624