Raleigh C. Thompson, NV Bar No. 11296
Ryan M. Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rct@morrislawgroup.com
Email: rml@morrislawgroup.com

Attorneys for Defendant
PlusFour, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELORES J. SUTTON,<br><br>Plaintiff,<br><br>v.<br><br>PLUSFOUR, INC.; REGIONS BANK d/b/a REGIONS MORTGAGE; WELLS FARGO EDUCATION FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-02926-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

       Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant PlusFour, Inc. ("Defendant") and Plaintiff Delores J. Sutton ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

       Defendant has requested, and Plaintiff has consented to, an extension of the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1, filed on November 21, 2017) from December 18, 2017 to January 5, 2018.

Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

    a. This is the Parties' first stipulation for an enlargement of time to respond to the Complaint;

    b. The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before January 5, 2018; and

    c. Defendant requested this extension to give its counsel sufficient time to meaningfully assess Plaintiff's claims before responding to the Complaint. This stipulation is not made for purposes of delay.

Dated: December 15, 2017.      Dated: December 15, 2017.

By: */s/ Raleigh C. Thompson*      By: */s/ David H. Krieger*
    Raleigh C. Thompson (11296)      David H. Krieger (9086)
    Ryan M. Lower (9108)      HAINES & KRIEGER, LLC
    MORRIS LAW GROUP      8985 S. Eastern Avenue, Ste. 350
    411 E. Bonneville Ave., Ste. 360      Henderson, NV 89123
    Las Vegas, NV 89101

Attorneys for Defendant      Attorney for Plaintiff
PlusFour, Inc.      Delores J. Sutton

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 12/18/17