**JASON G. REVZIN**
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Jason.Revzin@lewisbrisbois.com
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# LAS VEGAS DIVISION

| | |
|---|---|
| DELORES J. SUTTON,<br><br>Plaintiff,<br><br>v.<br><br>PLUSFOUR, INC., REGIONS BANK, WELLS FARGO EDUCATION FINANCIAL SERVICES, EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC ,<br><br>Defendants. | Case No. 2:17-cv-02926-JCM-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Delores J. Sutton ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On November 21, 2017, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is December 18, 2017. The facts alleged in Plaintiff's Complaint date back to April 2011, when Plaintiff allegedly filed bankruptcy. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including January 19, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including January 19, 2018.

DATED: December 18, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*_____
**Jason G. Revzin**
Nevada Bar No. 008629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada  89118
Jason.Revzin@lewisbrisbois.com
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC**

*/s/ David H. Krieger*_____
**David H. Krieger**
8985 S. Eastern Aven7ue, Suite 350
Henderson, NV  89123
dkrieger@hainesandkrieger.com
(702) 880-5554
(702)383-5518 Fax
**Counsel for Plaintiff**

**ORDER**

IT IS SO ORDERED.
DATED: _ 12/20/17 _____    _____

**HONORABLE CARL W. HOFFMAN**
**UNITED STATES MAGISTRATE JUDGE**