David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, DELORES J. SUTTON*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DELORES J. SUTTON, <br><br> Plaintiff, <br><br> v. <br><br> PLUSFOUR, INC; REGIONS BANK D/B/A REGIONS MORTGAGE; WELLS FARGO EDUCATION FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, <br><br> Defendants. | Case No. 2:17-cv-02926-JCM-CWH <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>WELLS FARGO ONLY</u>** |

Plaintiff DELORES J. SUTTON and Defendant WELLS FARGO EDUCATION FINANCIAL SERVICES hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P.

…

…

41 (a)(2) as to, and **ONLY as to, WELLS FARGO EDUCATION FINANCIAL SERVICES**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: July 9, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Tanya N. Lewis, Esq. |
| David H. Krieger, Esq. | Kelly H. Dove, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 10569 |
| HAINES & KRIEGER, LLC | Tanya N. Lewis, Esq. |
| 8985 S. Eastern Avenue | Nevada Bar No. 8855 |
| Suite 350 | Snell & Wilmer |
| Henderson, Nevada 89123 | 3883 Howard Hughes Parkway |
| *Attorney for Plaintiff* | Suite 1100 |
| | Las Vegas, NV 89169 |
| | *Attorneys for Defendant Wells Fargo Bank, N.A.* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: July 11, 2018